UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                                          Case No.

| Debtor | Case No. |
|---|---|
| Scott A Lewison and Margarita Lewison | 14-30385-gmh |
| Genevieve L. Sather | 14-31201-gmh |
| John Verbeten | 14-31868-gmh |
| Dominic A. Pinto and Jean M. Pinto | 14-32389-gmh |
| David Scott Wagner and Lisa Karen Wagner | 14-33620-gmh |
| Anna Lee Walton | 14-34121-gmh |
| Samantha J Olson | 14-34243-gmh |
| Jerome A Engl | 14-34560-gmh |
| Frederic G. Treuber | 15-20021-gmh |
| Major Williams, Jr. and Beverly A Williams | 15-20039-gmh |
| Genevieve M. McClintock | 15-20406-gmh |
| Donna Jean Berth | 15-20526-gmh |
| Caprice L Hill | 15-21373-gmh |
| Elizabeth A Fries | 15-21385-gmh |
| Janice K Cobbler | 15-23951-gmh |
| Christopher C LaCanne and Elise J LaCanne | 15-24503-gmh |
| Jodi R. Oleson | 15-24567-gmh |
| Jerry Baldwin | 15-24984-gmh |
| Christy Dorthea RICHBERGER | 15-26274-gmh |
| Jason G. Jolin and Dusty R. Jolin | 15-26501-gmh |
| Susan Lynn Santiago | 15-27398-gmh |
| Denise L Rogers | 15-27416-gmh |
| Jeffrey S. Winkler and Melissa A Winkler | 15-27635-gmh |
| Misty D. Becker | 15-27801-gmh |

STIPULATION FOR SUBSTITUTION OF COUNSEL

_____
Attorney Amy J. Smith
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
asmith@kmksc.com

As of August 10, 2015 Attorney Michael A. Fowdy is no longer employed by Kohner, Mann & Kailas S.C.. Therefore, Attorney Amy J. Smith and Attorney Michael A. Fowdy move the court to approve their Stipulation substituting Attorney Amy J. Smith of Kohner, Mann & Kailas S.C. for Attorney Michael A. Fowdy in the above captioned cases.

In support of this stipulation the undersigned state the following:

1. That the court has jurisdiction in this proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.
2. That effective August 10, 2015 Attorney Michael A. Fowdy is no longer employed by Kohner, Mann & Kailas S.C.
3. That to the extent required under the applicable engagement agreement, each client has been notified that Attorney Amy J. Smith will replace Attorney Michael A. Fowdy in all pending cases, due to Attorney Michael A. Fowdy leaving the firm.
4. That each creditor is still represented by Kohner, Mann & Kailas S.C. and the departure of Attorney Michael A. Fowdy does not affect and has not affected representation in any way.

**WHEREFORE**, the undersigned move the court for the following relief:

A. For an Order substituting Attorney Amy J. Smith as the correct Attorney of Record for creditors party to the bankruptcies of the above named debtors.
B. For an Order instructing the Clerk to terminate Attorney Michael A. Fowdy from the CM/ECF case management system in the above cases.
C. For an Order declaring that the creditors' representation by Kohner, Mann & Kailas S.C. is not affected by this stipulation.

D.  For any such relief that is just and equitable.

Dated this 6th day of August, 2015.

                                            KOHNER MANN & KAILAS, S.C.
                                            Attorneys for Creditor(s)

                                 By:     /s/ Amy J. Smith
                                            Amy J. Smith
                                            Attorney No. 1095174

                                            /s/ Michael A. Fowdy
                                            Michael A. Fowdy
                                            Attorney No. 1064776